IN THE UNITED STATES DISTRICT COURT FILED BY _____ D.C.
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION                    **05 NOV -7 AM 6: 45**

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

DR. ANITA HARRIS,

    Plaintiff,

VS.                                 NO. 05-2335-MaV

MEMPHIS CITY SCHOOL BOARD,

    Defendant.

---

### ORDER TO SHOW CAUSE

---

The complaint in this matter was filed on May 4, 2005.
Summons was issued on May 4, 2005, but service of process has not
been returned on the defendant.

Plaintiff is directed to show cause within eleven (11) days
of the entry of this order, why this matter should not be
dismissed for failure to prosecute.

It is so ORDERED this 4th day of November, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 11-9-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 2 in case 2:05-CV-02335 was distributed by fax, mail, or direct printing on November 9, 2005 to the parties listed.

Curtis D. Johnson
LAW OFFICE OF CURTIS JOHNSON
100 N. Main Building
Ste. 3001
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT