IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 DEC 19 PM 2:49

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| Dr. Anita Harris, individually and as legal guardian of the minor child, Dawntrae T. Harden,<br><br>Plaintiff,<br><br>vs.<br><br>Memphis City School Board, d/b/a Memphis City Schools<br><br>Defendant. | No. 5-2335 Ma/V<br>Jury Trial Demanded |

## SCHEDULING ORDER

Pursuant to written notice, a scheduling conference was held December 14, 2005. Present were Curtis D. Johnson, Jr., counsel for plaintiff, and Michael R. Marshall, counsel for defendants. At the conference, the following dates were established as the final dates for:

INITIAL DISCLOSURES PURSUANT TO Fed.R.Civ.P. 26(a)(1): January 15, 2006

JOINING PARTIES: February 28, 2006

AMENDING PLEADINGS: February 28, 2006

INITIAL MOTIONS TO DISMISS: March 31, 2006

COMPLETING ALL DISCOVERY: August 31, 2006

   (a) DOCUMENT PRODUCTION: August 31, 2006

the docket sheet in compliance
on 12-21-05

7

    (b) DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS: August 31, 2006

    (c) EXPERT WITNESS DISCLOSURE (Rule 26):

        (1) DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION: June 30, 2006

        (2) DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION: July 31, 2006

        (3) EXPERT WITNESS DEPOSITIONS: August 31, 2006

FILING DISPOSITIVE MOTIONS: October 2, 2006

OTHER RELEVANT MATTERS:

No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This case is set for jury trial, and the trial is expected to last 3 day(s). The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

This case is appropriate for ADR. The parties are directed to engage in court-annexed attorney mediation or private mediation after the close of discovery.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply

accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties have not consented to trial before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

```
                              Diane K. Vescovo
                              _____
                              DIANE K. VESCOVO
                              UNITED STATES MAGISTRATE JUDGE
                              DATE: December 19, 2005
```

Approved for Entry:

---
Michael R. Marshall                #15225
1000 Ridgeway Loop Road, Suite 200
Memphis, TN 38120
901-525-6781

*Attorney for Defendant*

---
Curtis D. Johnson
100 North Main Building, Suite 3001
Memphis, Tennessee 38103
901-522-8900

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:05-CV-02335 was distributed by fax, mail, or direct printing on December 21, 2005 to the parties listed.

---

Lewis Clayton Culpepper
EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Ernest G. Kelly
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Michael R. Marshall
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Curtis D. Johnson
LAW OFFICE OF CURTIS JOHNSON
100 N. Main Building
Ste. 3001
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT